**Order filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-00783-CV

———————————

**JASON FELT, CANARY FINANCIAL, INC., JONATHAN WASSERBERG, AND WASSERBERG INVESTMENTS, Appellants**

**V.**

**COMERICA BANK, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50665**

## O R D E R

This is an appeal from a judgment signed April 21, 2011. The trial court has signed an order in accordance with Texas Rule of Civil Procedure 306a finding appellants first received actual notice of the final judgment on May 19, 2011. Appellants filed a motion for new trial on May 20, 2011. The notice of appeal was therefore due August 17, 2011. *See* Tex. R. App. P. 26.1. Appellants filed their notice of appeal on September 1, 2011, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within fifteen days of its due

date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants have not filed a motion to extend time to file the notice of appeal. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.-- Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal within ten (10) days of the date of this order. *See* Tex. R. App. P. 26.3;12.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM